# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JORGE VEGA-VIDAL,<br><br>    Defendant. | Case No. 15CR0567-H<br><br>ORDER DENYING DEFENDANT'S REQUEST FOR A JUDICIAL COMPUATION OF CUSTODY CREDITS |

On March 21, 2017, the Court received a letter from Defendant Jorge Vega-Vidal ("Defendant") requesting clarification of his prison sentence. (Doc. No. 35.) The Defendant contests the Bureau of Prison's calculation of his release date. (Id.)

The Court lacks authority to make a judicial calculation of the Defendant's jail time credit. United States v. Wilson, 503 U.S. 329, 333 (1992) (The Attorney General, and not the district court, has authority to calculate and award custody credit); see also United States v. Peters, 470 F. 3d 907, 909 (9th Cir. 2006) (per curiam) (Citing Wilson and noting that "the prerogative to grant credits in the first instance rests with the Attorney General, acting through the Bureau of Prisons"). Accordingly, the Court denies the Defendant's request for a judicial computation of his custody credits.

IT IS SO ORDERED.

DATED: March 22, 2017

                                                         _____
HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE